Raymond A. Frey, trading as R. A. Frey Teaming Company, appellee, v. Simms D. McGuire and Lake Zurich Milk Company, appellants. Gen. No. 34,711.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931.

Abraham Lepine, for appellants. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.